IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN ASHLEY RODRIGUES                                                                                    PLAINTIFF

v.                                         Civil No. 4:24-CV-04036-SOH-CDC

INVESTIGATOR TERRY DARDEN, Lewisville Police Department; and
LAFAYETTE COUNTY,
                                                                                                                DEFENDANTS.

## **ORDER FOLLOWING SHOW CAUSE HEARING**

The above-captioned civil rights matter came before the Court on an order to show cause hearing why the Defendants should not be found in default for failing to Answer or otherwise respond to Plaintiff's Complaint.

Plaintiff appeared *pro se* and in custody. Lafayette County Sheriff Jeff Black was also present. JaNan Arnold Thomas, Esq., Association of Arkansas Counties Risk Management Services, appeared on behalf of Lafayette County. No appearance was made by or on behalf of Defendant Terry Darden.

At the hearing, Attorney Thomas reported that Defendant Darden was currently incapacitated, and residing at a nursing home following a stroke. Attorney Thomas also reported that Lafayette County ascertained that "D. Minter," the individual who signed for the certified mail, was the postal worker. According to Attorney Thomas and Sheriff Black, the postal worker has no authority to accept certified mail on behalf of the County. Given these specific circumstances, Attorney Thomas agreed to accept service on behalf of Lafayette County. No additional service information for Defendant Darden was provided.

Accordingly, this Court finds good cause why the Defendants should not be found in default for failing to answer or otherwise respond to Plaintiff's lawsuit. Thus, it is ordered that,

Defendant Lafayette County shall Answer or respond to this lawsuit within 21 days, or by **Thursday, September 26, 2024.**

It is further ordered that Plaintiff shall provide additional service information for Defendant Darden by that same date, **Thursday, September 26, 2024**. Plaintiff is cautioned that "[i]f a defendant is not served within 90 after the complaint is file, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED this 4th day of September 2024**.

*/s/ Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE