IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN ASHLEY RODRIGUES                                                                 PLAINTIFF

v.                                    Case No. 4:24-cv-4036

INVESTIGATOR TERRY DARDEN,
Lewisville Police Department; LAFAYETTE
COUNTY; and CITY OF LEWISVILLE                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 67.

Judge Comstock recommends that Plaintiff's claims against Separate Defendant Terry Darden be dismissed because of Plaintiff's failure to serve him within the ninety-day (90) period required by Federal Rule of Civil Procedure 4(m). Judge Comstock notes that the United States Marshals Service ("USMS") has attempted to serve Defendant Darden at the addresses provided by Plaintiff or other Defendants, but that all these attempts have resulted in the service being returned as unexecuted. Judge Comstock also notes that further information provided by the USMS indicates that Defendant Darden was not a resident at the locations provided by Plaintiff or other Defendants. Judge Comstock previously cautioned Plaintiff that failure to timely serve Defendant Darden could result in dismissal of the claims against him. ECF No. 20. Plaintiff filed his Amended Complaint on July 1, 2024, which is the operative complaint in this matter. ECF No. 9.

Plaintiff filed a timely objection. ECF No. 67. However, Plaintiff cannot coherently identify any error in Judge Comstock's reasoning. Plaintiff asserts that service has been returned

executed, but the record shows that personal service of Defendant Darden at the addresses provided have been returned unexecuted. ECF Nos. 62 & 65. Plaintiff also passingly asserts that health privacy laws would prevent effectuating service at the rehabilitation facilities at which he believes Defendant Darden currently resides but provides no law that prohibits such disclosure. Thus, it appears that Plaintiff has clearly failed to serve Defendant Darden within the ninety-day period required by Rule 4(m) and that this objection does not offer any reason to divert from Judge Comstock's recommendation.

Upon review, the Court adopts the R&R (ECF No. 67) in toto. Accordingly, Plaintiff's claims against Defendant Terry Darden are **DISMISSED WITHOUT PREJUDICE** for failure to serve him within the time required by Rule 4(m). Terry Darden is hereby **terminated** as a Defendant in this action.

**IT IS SO ORDERED**, this 6th day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge